IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. : 3:04-CR15-MU

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) ORDER<br>)<br>ULRICH WIEGAND )<br>OLIVER WIEGAND )<br>_____ ) | |

For good cause shown, Oliver and Ulrich Wiegand's conditions of pretrial release are hereby modified so that they are hereby allowed to travel from North Carolina to Europe during the months of May and June 2005. To facilitate this travel, United States Probation is to release the passports of Ulrich Wiegand, Olivia Rotondi, Timothy Rotondi, Jennifer Williams, and Luisa Wiegand.

IT IS SO ORDERED.

This the 24th day of April, 2005.

Honorable Graham C. Mullen
Chief United States District Judge