FILED
CHARLOTTE, N. C.

DEC 2 2 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO.: 3:04-CR15-MU

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| | ) | |
| ULRICH WIEGAND | ) | |
| | ) | |

This matter is before the court upon the defendants oral motions to modify the

conditions of supervised release. A standard condition of supervised release is that the

defendant not possess a firearm. However, as this defendant is in the business of importing

and selling firearms the court hereby deletes this condition on motion of the defense. And

the court further notes that the government does not object.

**IT IS SO ORDERED**

This the 23d day of December, 2005.

Graham C. Mullen
United States District Judge