UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:04CR15-Mu |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| ULRICH WIEGAND, *et al.* ) | |

UPON application of the United States Attorney and for cause shown, **IT IS HEREBY ORDERED** that all counts *except* Count Fifty-five (as it applies to defendant Oliver Wiegand) of the Superseding Indictment in the above-captioned matter are hereby dismissed.

This the 22 day of February, 2006.

GRAHAM C. MULLEN
SENIOR UNITED STATES DISTRICT JUDGE